AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

|  |  |
|---|---|
| United States of America<br>v.<br>Jacquelyn J. Starer<br><br>_____<br>*Defendant* | )<br>)  Case: 1:22-mj-00278<br>)  Assigned to: Judge Meriweather, Robin M.<br>)  Assign Date: 12/15/2022<br>)  Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                              Jacquelyn J. Starer                              ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment    ❑ Superseding Indictment    ❑ Information    ❑ Superseding Information    ☒ Complaint

❑ Probation Violation Petition    ❑ Supervised Release Violation Petition    ❑ Violation Notice    ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Forcibly Assaulting, Resisting, Opposing, Impeding Federal Officers
18 U.S.C. § 231(a)(3) - Civil Disorder
18 U.S.C. § 1752(a)(1), (2), and (4) - Entering and Remaining in a Restricted Building or Grounds, Disorderly and
Disruptive Conduct, and Knowingly Engaging in Physical Violence in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D), (F), and (G) - Disorderly Conduct in a Capitol Building, Engaging in Physical Violence
in a Capitol Building, and Parading, Demonstrating, or Picketing in a Capitol Building

Date:    12/16/2022                    Robin M. Meriweather   Digitally signed by Robin M. Meriweather
                                                               Date: 2022.12.16 14:54:58 -05'00'
                                                        *Issuing officer's signature*

City and state:            Washington, D.C.                    Robin M. Meriweather, U.S. Magistrate Judge
                                                               *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 12/16/22 , and the person was arrested on *(date)* 12/20/22<br>at *(city and state)* Ashland, MA<br><br>Date: 20 Dec 22                    _____<br>                                        *Arresting officer's signature*<br><br>                                        SA Jennifer Martin FBI<br>                                        *Printed name and title* |