# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Jacquelyn J. Starer<br>DOB: XXXXXX<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) Case: 1:22-mj-00278<br>Assigned to: Judge Meriweather, Robin M.<br>Assign Date: 12/15/2022<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Forcibly Assaulting, Resisting, Opposing, Impeding Federal Officers |
| 18 U.S.C. § 231(a)(3) | Civil Disorder |
| 18 U.S.C. § 1752(a)(1), (2), and (4) | Entering and Remaining in a Restricted Building or Grounds, Disorderly and Disruptive Conduct, and Knowingly Engaging in Physical Violence in a Restricted Building or Grounds |
| 40 U.S.C. § 5104(e)(2)(D), (F), and (G) | Disorderly Conduct in a Capitol Building, Engaging in Physical Violence in a Capitol Building, and Parading, Demonstrating, or Picketing in a Capitol Building |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Jennifer A. Morin*
*Complainant's signature*

Jennifer Morin, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __12/16/2022__

Robin M. Meriweather
Digitally signed by Robin M. Meriweather
Date: 2022.12.16 17:00:02 -05'00'
*Judge's signature*

City and state: __Washington, D.C.__   Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*